UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JIMMEE CHEA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SCOTT FRANKS,<br><br>　　　　　Respondent. | Case No. C09-5627BHS/JRC<br><br>ORDER GRANTING RESPONDENT'S REQUEST FOR AN EXTENSION OF TIME TO FILE AN ANSWER |

　　　The underlying Petition for a Writ of Habeas Corpus has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and 636 (b)(1)(B), and Local Magistrate Judge's Rule MJR3 and MJR4. Petitioner is seeking federal habeas relief, pursuant to 28 U.S.C. § 2254.

　　　Before the court is Respondent's motion for a thirty-day extension to file an answer (Dkt. # 11). Respondent filed an answer on January 13, 2010. To the extent an extension of time is needed, the motion is GRANTED.

//

ORDER - 1

1     The Clerk is directed to mail a copy of this Order to petitioner and to remove Dkt. # 11
2 from the Court's Calendar.
3     Dated this 20th day of January, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2