# United States District Court

WESTERN DISTRICT OF WASHINGTON

JIMMEE CHEA

v.

SCOTT FRAKES,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C09-5627BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court **OVERRULES** Chea's objection;

The Court **ADOPTS** the Report and Recommendation; and

Chea's petition is **DENIED**.

| June 8, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk